539 A.2d 785

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**James TARRANT, Petitioner.**

Supreme Court of Pennsylvania.

March 7, 1988.

540

## ORDER

PER CURIAM.

The petition for allowance of appeal and the petition for allowance of appeal *nunc pro tunc* are hereby denied. The request of Methuselah Z.O. Bradley, IV, Esquire, to withdraw from further representation of Petitioner in this matter is granted.